UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLANCY ANNE HARRIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C08-432JLR

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against DEFENDANT UNITED STATES OF AMERICA and on behalf of PLAINTIFF CLANCY ANNE HARRIS in the amount of $2,925.00.

Dated this   17th   day of JUNE, 2009.

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1